FILED

2022 APR 27  AM 10: 26

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | S3 21 CR60 MJ 22-01660 |
| Aamir Wahab | |
| DEFENDANT(S). | DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: US Attorney's office
in the Southern District of New York on 04/25/2022
at 12:00 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about October, 2021
in violation of Title 18 U.S.C., Section(s) 1349
to wit: conspiracy to commit health care fraud and wire fraud

A warrant for defendant's arrest was issued by: Hon. Gabriel W. Gorenstein

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Warrant and charging document

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/27/22
                    Date

_____          D. Duncan Suh
Signature of Agent                 Print Name of Agent

FBI LA                             Special Agent
Agency                             Title

CR-52 (03/20)                      **DECLARATION RE OUT-OF-DISTRICT WARRANT**