FILED
2022 APR 27 AM 10: 26

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: S3 21 CR603, SDNY |
|---|---|---|
| v. Aamir Wahab | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION MJ 22-01660 |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 4/27/2022   9:00AM   ☑ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 1349, Conspiracy to commit health care fraud

5. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required: ☐ No   ☐ Yes   Language: _____

7. Year of Birth: 1979

8. Defendant has retained counsel: ☐ No   ☑ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: emailed

10. Remarks (if any): _____

11. Name: SA D. Duncan Suh   (please print)

12. Office Phone Number: 310-628-2655

13. Agency: FBI-LA

14. Signature: [signature]

15. Date: 4/27/2022

CR-64 (2/14)                REPORT COMMENCING CRIMINAL ACTION